VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-9471
vernon.norwood@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
***********************************

ISMAEL ALAMO,
                Plaintiff,

                                                      Civil Action No.
        v.                                         18-CV-00210 (JCH)

ANDREW SAUL[1],
COMMISSIONER OF                             **CONSENT ORDER FOR PAYMENT**
OF SOCIAL SECURITY,                         **OF FEES PURSUANT TO THE EQUAL**
                Defendant                  **ACCESS TO JUSTICE ACT**
***********************************

      This matter having been opened to the Court by Ivan Katz, Esq for an Order awarding attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and it appearing that John Durham, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of SEVEN THOUSAND SEVEN HUNDRED and FIFTY DOLLARS and ZERO CENTS ($7,750.00) for EAJA fees and the Court having reviewed the record;

IT IS on this  21st  day of                May , 2025; ORDERED that Plaintiff be allowed an EAJA fee in the amount of SEVEN THOUSAND SEVEN HUNDRED and FIFTY DOLLARS and ZERO CENTS ($7,750.00). The EAJA fees may be paid to Plaintiff's counsel if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney and Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

---

[1]Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

        /s/ Janet C. Hall
        _____
        Honorable Janet C. Hall
        United States District Judge
        Dated: May 21, 2025

The undersigned hereby consent to the form and entry of the within order.

        JOHN H. DURHAM
        United States Attorney

Dated: October 23, 2019

    By:    /s/ *Vernon Norwood*
        Vernon Norwood
        Special Assistant U.S. Attorney


        Ivan Katz, Esq
        57 Trumbull Street
        New Haven, CT 09226

Dated: October 24, 2019

    By:    */s/ Ivan Katz*
        Ivan Katz, Esq
        Attorney for Plaintiff